# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2015

### NO. 03-15-00294-CV

**Manor Independent School District, Appellant**

**v.**

**Deydra Steans, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND

This is an appeal from the interlocutory order signed by the trial court on May 12, 2015. Manor Independent School District has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.